# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1843

_____

Joseph Scott Blackburn,                  *
                                         *
                 Appellant,              *
                                         *
        v.                               *
                                         *   Appeal from the United States
Steve Whitney, Sheriff; Joe Nelson,      *   District Court for the
Commissioner; Bill Barnett,              *   Western District of Missouri.
Commissioner; Tom Chudomelka,            *
Commissioner; James Eiffert, Judge;      *       [UNPUBLISHED]
Mark Orr, Prosecuting Attorney,          *
                                         *
                 Appellees.              *

_____

Submitted:  February 7, 2000
Filed: February 15, 2000

_____

Before RICHARD S. ARNOLD, BOWMAN, and BEAM.

_____

PER CURIAM.

Joseph Scott Blackburn appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action without prejudice for failure to comply with the court's order to address Sheriff Steve Whitney's dismissal motion. Having reviewed the record and the

_____

[1]The Honorable Dean Whipple, United States District Judge for the Western District of Missouri.

parties' briefs, we conclude that the district court did not abuse its discretion.  <u>See</u> <u>Rodgers v. Curators of Univ. of Missouri</u>, 135 F.3d 1216, 1219 (8th Cir. 1998) (standard of review); <u>Edgington v. Missouri Dept. of Corrections</u>, 52 F.3d 777, 779-80 (8th Cir. 1995) (fact that dismissal for failure to comply with orders was without prejudice militates against finding abuse of discretion).

We deny Blackburn's pending motions, as the arguments he raises in them were not presented to the district court.  <u>See</u> <u>Schafer v. Moore</u>, 46 F.3d 43, 45 (8th Cir. 1995).

Accordingly, we affirm.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.